| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Kosik, Edwin M | 2. Court or Organization U.S. District Court/MDPA | 3. Date of Report 05/10/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior U.S. District Judge | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ⊙ Annual ○ Final | 6. Reporting Period 01/01/2004 to 12/31/2004 |
| 7. Chambers or Office Address William J. Nealon Federal Bldg North Washington & Linden St. PO Box 856, Scranton, PA 18501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 07/16/86 | Blue Cross/Blue Shield fully paid as part of State Retirement |

RECEIVED 2005 MAY 11 A 11: 41 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of erson Reporting | Date of Report |
|---|---|---|
| | Kosik, Edwin M | 05/10/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | Commonwealth of Pennsylvania Retirement | 53,300 |

B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

**V. GIFTS.** (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

**VI. LIABILITIES.** (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kosik, Edwin M | 05/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Pioneer American Bank, Carbondale, PA (Savings) | A | Interest | J | T | | | | | |
| 2. Penn Security Bank, Moscow, PA (Savings) | A | Interest | K | T | | | | | |
| 3. Mutual of New York (1987) Single Premium Policy | B | Dividend | K | T | | | | | |
| 4. First Credit Union, Scranton, PA (Savings) | B | Interest | M | T | | | | | |
| 5. PNC Bank, Scranton, PA (Checking) | A | Interest | J | T | | | | | |
| 6. Pioneer American Bank, Carbondale, PA (Cert. Dep) | B | Interest | L | T | | | | | |
| 7. PNC, Pittsburgh, PA | A | Dividend | J | T | | | | | |
| 8. Prudential Equity Fund, Class B | A | Dividend | J | T | | | | | |
| 9. Prudential World Fund, Global Series B | A | Dividend | J | T | | | | | |
| 10. Cisco Systems, Inc. | | None | K | T | | | | | |
| 11. Coca Cola Co. Delaware | A | Dividend | K | T | | | | | |
| 12. General Electric Co. | A | Dividend | J | T | | | | | |
| 13. Hershey Foods Corp. | A | Dividend | K | T | | | | | |
| 14. Intel Corp. | A | Dividend | K | T | | | | | |
| 15. Lucent Technologies, Inc. | | None | J | T | | | | | |
| 16. Merck & Co. | A | Dividend | K | T | | | | | |
| 17. Microsoft Corp. Washington | | None | L | T | | | | | |
| 18. Pepsico, Inc. | A | Dividend | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kosik, Edwin M | 05/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Praxair, Inc. | A | Dividend | K | T | | | | | |
| 20. Schering Plough Corp. | A | Dividend | K | T | | | | | |
| 21. Tricon Global Restaurants, Inc. | | None | J | T | | | | | |
| 22. Union Carbide Corp. | A | Dividend | K | T | | | | | |
| 23. Prudential World Fund, Inc. Global Series Class A | | None | K | T | | | | | |
| 24. Command Money Fund | C | Interest | L | T | | | | | |
| 25. Prudential Special Money Market Fund Inc. | A | Interest | J | T | | | | | |
| 26. Eaton Vance Marathon Tax Managed | | None | L | T | | | | | |
| 27. Alliance Quasar Fund Class B | | None | K | T | | | | | |
| 28. Target, Large Cap Fund | | None | K | T | | | | | |
| 29. Southern Union Co. | A | Dividend | M | T | | | | | |
| 30. PA Intergovernmental Corporation | A | Interest | J | T | | | | | |
| 31. Strategic Partners New ERA Growth Fund, Class B | | None | J | T | | | | | |
| 32. Philadelphia General Obligation | B | Interest | K | T | | | | | |
| 33. Prudential Financial Inc. | | None | J | T | | | | | |
| 34. Wachovia Corp. | B | Dividend | K | T | | | | | |
| 35. NBT Bank Corp. | A | Dividend | K | T | | | | | |
| 36. M&T Bank Corp. | C | Dividend | L | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kosik, Edwin M | 05/10/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Pimco Floating Rate Income Fund | | None | L | T | Sell | 01/26 | L | | |
| 38. Alger Midcap Growth Fund | | None | K | T | | | | | |
| 39. Alliance Bernstein Growth Fund | A | Dividend | K | T | | | | | |
| 40. Badger TOB Asset Scrutinization | C | Interest | L | T | | | | | |
| 41. Cumberland Valley School District | A | Interest | L | T | | | | | |
| 42. IDEX Mutual Fund | C | Dividend | L | T | | | | | |
| 43. Pimco Small Cap Fund | A | Dividend | J | T | | | | | |
| 44. Strategic Partners Large Cap | | None | K | T | | | | | |
| 45. Lord Abbett Midcap | A | Dividend | J | T | | | | | |
| 46. YUM Brands | A | Dividend | J | T | | | | | |
| 47. Cohen & Steers REIT Utility Fund Inc. | B | Interest | K | T | Buy | 01/28 | K | | |
| 48. First TR/Four Corners Income Fund | | None | K | T | Buy | 05/28 | K | | |
| 49. John Hancock Tax-Adv Dividend Fund | | None | K | T | Buy | 02/27 | K | | |

1. Income/Gain Codes     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report)

All stocks reported are common stocks.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature           Date _May 10, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544